# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Le'Gerald Boyd | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 5:23-cv-64 |
| Warden Brown | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other:   The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk is directed to STRIKE this matter from the active docket of this Court. Judgment is entered in favor of respondent.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge   John Preston Bailey

Date: April 26, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ C. Diamond

*Signature of Clerk or Deputy Clerk*